**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| James E. Robinson,<br><br>    Plaintiff<br><br>v.<br><br>Dungarvin Nevada, LLC, et al.,<br><br>    Defendants | **2:16-cv-00902-JAD-PAL**<br><br>**Order Granting Motion for Partial Summary Judgment**<br><br>[ECF No. 31] |

    James E. Robinson brings this Title VII and ADEA action against his former employer Dungarvin Nevada, LLC and four individual employees of the company—Charlotte McClanahan, Teneka McQueen, Barbara Jordan, and Yolanda Festes. On December 30, 2016, I granted Festes and McQueen's motion to dismiss and dismissed all claims against these defendants for failure to state a claim. The remaining two individual defendants, McClanahan and Jordan, now move for summary judgment, arguing that they are not proper targets for Robinson's Title VII or ADEA claims.[1] Defendants are correct that Title VII and the ADEA both limit civil liability to the employer, not individual employees.[2] Accordingly,

    IT IS HEREBY ORDERED that defendants' motion for partial summary judgment **[ECF No. 31] is GRANTED.** The Clerk of Court is directed to enter judgment for Charlotte McClanahan and Barbara Jordan and against Robinson on all claims against them.

    Dated this 31st day of March, 2017.

                                                                                 _____<br>
                                                                                Jennifer A. Dorsey<br>
                                                                                United States District Judge

---

[1] ECF No. 31.

[2] *Miller v. Maxwell's Intern. Inc.*, 991 F.2d 583, 587 (9th Cir. 1993) (citing *Padway v. Palches*, 665 F.2d 965, 968 (9th Cir. 1982)).