UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES E. ROBINSON,<br><br>                      Plaintiff,<br>     v.<br>DUNGARVIN NEVADA, LLC,<br><br>                      Defendant. | Case No. 2:16-cv-00902-JAD-PAL<br><br>ORDER<br><br>(Mot Monetary Relief – ECF No. 43) |

Before the court is Pro Se Plaintiff James E. Robinson's Computation of Compensatory Civil Damages (ECF No. 43). The document is listed as a Motion for Monetary Relief on the docket. However, after reviewing the document it appears this is plaintiff's computation of damages pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iii).

Local Rule 26-8 states, in pertinent part:

> Unless the court orders otherwise, written discovery, including discovery requests, discovery responses, deposition notices, and deposition transcripts, must not be filed with the court. Originals of responses to written discovery requests must be served on the party who served the discovery request, and that party must make the originals available at the pretrial hearing, a trial, or when ordered by the court.

As such, the motion for monetary relief will be construed as a Rule 26(a) computation of damages disclosure and stricken from the docket. Accordingly,

**IT IS ORDERED** that the Motion for Monetary Relief (ECF No. 43) is construed as a discovery disclosure and **STRICKEN**.

DATED this 28th day of April, 2017.

                                                           PEGGY A. LEEN
                                                           UNITED STATES MAGISTRATE JUDGE